*1000 ante, p. 809;
ante, p. 899;
ante, p. 809;
ante, p. 811;
ante, p. 812;
ante, p. 816;
ante, p. 821;
ante, p. 824;
ante, p. 827;
ante, p. 831;
ante, p. 832;
ante, p. 841;
ante, p. 842;
ante, p. 844;
ante, p. 902;
ante, p. 806;
ante, p. 852;
ante, p. 853;
ante, p. 857;
ante, p. 859;
ante, p. 862;
ante, p. 864;
*1001 No. 91-174.
No. 91-223.
No. 91-5042.
No. 91-5046.
No. 91-5066.
No. 91-5090.
No. 91-5096.
No. 91-5115.
No. 91-5170.
No. 91-5171.
No. 91-5178.
No. 91-5190.
No. 91-5235.
No. 91-5237.
No. 91-5294.
No. 91-5301.
No. 91-5391.
No. 91-5392.
No. 91-5404.
No. 91-5432.
No. 91-5458.
No. 91-5498.
No. 91-5557.
No. 91-5562.
No. 91-5616.
ante, p. 864;
ante, p. 867;
ante, p. 806;
ante, p. 872;
ante, p. 873;
ante, p. 874;
ante, p. 875;
ante, p. 876;
ante, p. 911;
ante, p. 879;
ante, p. 879;
ante, p. 880;
ante, p. 882;
ante, p. 882;
ante, p. 885;
ante, p. 885;
ante, p. 890;
ante, p. 890;
ante, p. 891;
ante, p. 893;
ante, p. 913;
ante, p. 895;
ante, p. 806;
ante, p. 914; and
ante, p. 926. Petitions for rehearing denied.
Justice Thomas took no part in the consideration or decision of these petitions.